IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GARY GUARALDO,<br>    Plaintiff, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br>    Defendant. | :<br>:<br>: | No. 14-5832 |

FILED
DEC 8 2015
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

RONALD L. BUCKWALTER, J.

AND NOW, this 8th day of DEC., 2015, upon consideration of the plaintiff's request for review, the Commissioner's response, and plaintiff's reply, and after careful review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED;

2. Plaintiff's Request for Review is GRANTED;

3. The case is REMANDED in accordance with the fourth sentence of 42 U.S.C. Section 405(g) to the Commissioner of the Social Security Administration for proceedings consistent with the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa.

BY THE COURT:

_____
RONALD L. BUCKWALTER
UNITED STATES DISTRICT JUDGE